IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–03011–CMA–KMT

VICKI LYNN TRUJILLO, individually and on behalf of the Estate of Jason Gomez,

    Plaintiff,

v.

TIMOTHY CAMPBELL, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, individually and in his official capacity as Chief of Police of the City and County of Denver, and
CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' [sic] Motion to Clarify Court's Minute Order Dated July 1, 2010" (Doc. No. 26, filed July 2, 2010) is DENIED. The deadline for Defendants to respond to <u>all</u> of Plaintiff's written discovery requests remains at July 8, 2010. The court finds that Plaintiff will not be prejudiced if Defendants are permitted additional time to respond to Plaintiff's discovery requests, notwithstanding the fact that Defendants' "Unopposed Motion for Enlargement of Time" (Doc. No. 23, filed July 1, 2010) was filed after several of their responses to Plaintiff's discovery requests were due. As such, the court finds that it would have granted Defendants' Motion for Enlargement of Time outright, even if Plaintiff had opposed that motion on the grounds outlined in her Motion to Clarify.

Dated: July 7, 2010.