**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 09-cv-03011-CMA-KMT | FTR - Courtroom C-201 |
| **Date:** October 20, 2010 | Deputy Clerk, Nick Richards |
| VICKI LYNN TRUJILLO, individually and on behalf of the Estate of Jason Gomez, <br><br>      Plaintiff, <br><br>v. <br><br>TIMOTHY CAMPBELL, individually and as a Police Officer of the City and County of Denver, GERALD R. WHITMAN, individually and in his official capacity as Chief of Police of the City and County of Denver, and CITY AND COUNTY OF DENVER, a municipal corporation, <br>      Defendants. | Kenneth Alfredo Padilla <br><br><br><br><br><br> Thomas G. Bigler |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:20 a.m.**
Court calls case. Appearances of counsel.

This is a continuation of Motion Hearing that began on October 18, 2010 regarding Plaintiff's Motion to Compel Answers to Interrogatories from Defendant City and County of Denver [Doc. No. 33, filed August 30, 2010], Plaintiff's Motion to Compel Responses to Plaintiff's Request for Production of Documents to Defendant City and County of Denver [Doc. No. 34, filed August 30, 2010], Plaintiff's Motion to Compel Answers to Interrogatories from Defendant Timothy Campbell [Doc. No. 35, filed August 30, 2010], Plaintiff's Motion to Compel Responses to Plaintiff's Request for Production of Documents to Defendants Timothy Campbell and Gerald R. Whitman [Doc. No. 36, filed August 30, 2010], and Defendants' Opposed Motion to Enforce Protective Order [Doc. No. 40, filed September 13, 2010].

Oral arguments from plaintiff.
Oral arguments from defendant.

It is **ORDERED**: Plaintiff's Motion to Compel [33] Interrogatory No. 8 is **denied**.

It is **ORDERED**: Motion to Compel [34] is **GRANTED** in part and **DENIED** in part as stated more fully on the record.

    Request for Production of Documents No. 1 is **granted** in regard to Timothy Campbell. Records pertaining to Defendant Chief Whitman, including his personnel file, training records, and complaints are not relevant and any and all requests for the personnel records and files of Defendant Whitman are **denied**.

    Request No. 2 is **granted** in regard to Timothy Campbell.

    Request No. 3 is **denied** as stated on the record. The defendants produced what the plaintiff asked for.

    Request No. 4 is **granted** to the extent counsel for the defendants is directed to personally inquire of Lieutenant John Priest if he had or has a "brown file" in this case or if the Homicide Department has a "brown file" on this case. If it exists, defendants shall notify plaintiff of its existence. Further, any log sheets or 911 tapes which have not been previously produced will be produced by the defendants.

    Request No. 5 is **denied** without prejudice as premature. The court has set a production date for expert disclosures.

    Request No. 6 is **denied** without prejudice.

    Request No. 7 is **denied** without prejudice on the same provisions as Request No. 5.

    Request No. 8 is **denied** as stated on the record.

    Request No. 9 is **granted** to the extent stated on the record.

    Request No. 10 is **granted** to the same extent as Motion to Compel [33] on the same topic.

    Request No. 11 is **granted** to the same extent as Motion to Compel [33] on the same topic.

    Request No. 12 is **granted**. Any disciplinary action taken against Timothy Campbell, performance ratings, evaluations, or "use of

force" summaries must be produced to the extent that it is not already.

It is **ORDERED**:  Motion to Compel [35] is **GRANTED** in part and **DENIED** in part consistent with the court rulings on Doc. Nos. 33 ane 34.

Interrogatory No. 1 is **granted** to the extent that Timothy Campbell will supplement as much information from employment before his job with the United States Postal Service as he remembers. If the deposition of Timothy Campbell is not rescheduled, defendants shall supplement the response by October 27, 2010 at 12:00 p.m. If the deposition is rescheduled, defense will have 30 days to supply plaintiff with the additional employment information. No additional time will be granted for the deposition of Timothy Campbell unless critical information on past employment is supplied. If plaintiff's counsel believes more time is needed to depose Mr. Campbell, counsel must contact the Court.

Interrogatory No. 6 is **granted** in part as stated on the record.

Interrogatory No. 8 is **granted** to the extent Mr. Campbell has retained any records himself which may not have been kept or retained by the City and County of Denver, Denver Police Department.

It is **ORDERED**:  Motion to Compel [36] is **GRANTED** in part and **DENIED** in part on the same basis of and consistent with the rulings made in Doc. Nos. 33, 34 and 35. The rulings apply with equal force to each response in [36].

**Court in Recess: 12:35 a.m.**
Hearing concluded.
Total In-Court Time    02:15

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.