IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-03011-CMA-KLM

VICKI LYNN TRUJILLO, individually and on behalf of the Estate of Jason Gomez,

     Plaintiff,

v.

TIMOTHY CAMPBELL, individually and as a police officer of the City and County of Denver,

     Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on a referral from the District Court Judge to hold a Settlement Conference.

     IT IS HEREBY **ORDERED** that a Settlement Conference is scheduled for **September 26, 2012**, at **1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case and to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in  the case without consulting with some other person, committee, or agency.

     **IT IS FURTHER ORDERED that the parties shall follow Magistrate Judge Mix's Instructions for Settlement Conferences and Preparation of Confidential Settlement Statements, as attached to this Minute Order.**

     Parties shall submit their Confidential Settlement Statement on or before **September 24, 2012**.  Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov.  All additional settlement materials (*e.g.,* depositions transcripts, exhibits, etc.) are to be submitted to the court as hard copies.  Any

additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order".  Parties not participating in ECF shall submit all materials as hard copies.

      Dated:  September 12, 2012