**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 09-cv-03011-CMA-KLM

VICKI LYNN TRUJILLO, Individually and on behalf of the Estate of Jason Gomez,

    Plaintiff,

v.

TIMOTHY CAMPBELL, Individually and as a Police Officer of the
    City and County of Denver,
GERALD R. WHITMAN, Individually and in his official capacity as
    Chief of Police of the City and County of Denver, and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulation To Dismiss With Prejudice (Doc. # 212) signed by the attorneys for the parties hereto it is

ORDERED that this cause is DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees in accordance with the terms of the Full and Final Release and Settlement Agreement.

DATED: December __26__, 2012

                                                        BY THE COURT:

                                                        _____
                                                        CHRISTINE M. ARGUELLO
                                                        United States District Court Judge